## A90A1484. VINEYARD v. FOWLER et al.
(410 SE2d 53)

BANKE, Presiding Judge.

Based on the decision of the Supreme Court in *Fowler v. Vineyard*, 261 Ga. 454 (405 SE2d 678) (1991), the prior decision of this court in the present case, reported at 197 Ga. App. 453 (398 SE2d 709) (1990), is reversed, and the judgment of the trial court is affirmed.

*Judgment affirmed. Birdsong, P. J., and Cooper, J., concur.*

DECIDED JULY 31, 1991.

*Billington & Associates, Barry E. Billington*, for appellant.
*Drew, Eckl & Farnham, Julia B. Anderson, Stevan A. Miller, Frederick A. Johnson*, for appellees.